| | | |
|---|---|---|
| PORTER HEDGES LLP | COVINGTON & BURLING LLP | DEBEVOISE & PLIMPTON LLP |
| 1000 Main, 36th Floor | The New York Times Building | 919 Third Avenue |
| Houston, TX 77002 | 620 Eighth Avenue | New York, NY 10022 |
| Telephone: 713-226-6000 | New York, NY 10018 | Telephone: 212-909-6000 |
| John F. Higgins | Telephone: 212-841-1000 | Lorna G. Schofield |
| Thomas A. Woolley, III | Dianne F. Coffino | Erich O. Grosz |
| Whitney V. Ables | Andrew A. Ruffino | Tricia B. Sherno |
| | Andrea J. Gildea | |
| | *Counsel to Defendants* | *Counsel to Defendant* |
| | *C. Bart de Jong and Edward Dineen* | *Stephen I. Chazen* |

*Counsel to Defendants Carol A. Anderson, James Bayer, Kevin R. Cadenhead, Susan Carter, T. Kevin DeNicola, Travis Engen, Rick Fontenot, Kerry A. Galvin, Morris Gelb, Paul S. Halata, Charles L. Hall, John A. Hollinshead, Danny W. Huff, David Lesar, David J.P. Meachin, Daniel Murphy, W. Norman Phillips, Jr., Dan F. Smith, William R. Spivey*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **LYONDELL CHEMICAL COMPANY, et al.,** | : | **Case No. 09-10023 (REG)** |
| Debtors. | : | **Jointly Administered** |
| | : | |
| ―――――――――――――――――――――――― | x | |
| **EDWARD S. WEISFELNER, AS LITIGATION** | : | |
| **TRUSTEE OF THE LB LITIGATION TRUST,** | : | **Adv. Pro. No. 09-01375 (REG)** |
| Plaintiff, | : | |
| v. | : | |
| **LEONARD BLAVATNIK, et al.,** | : | **NOTICE OF MOTION TO WITHDRAW THE REFERENCE** |
| Defendants. | : | **ORAL ARGUMENT REQUESTED** |

-----------------------------------------------------------------x

**NOTICE OF THE LYONDELL DIRECTORS', OFFICERS' AND SUBSIDIARY DIRECTORS' MOTION TO WITHDRAW THE REFERENCE**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants Carol A. Anderson, James Bayer, Kevin R. Cadenhead, Susan Carter, Stephen I. Chazen, C. Bart de Jong,

T. Kevin DeNicola, Edward Dineen, Travis Engen, Rick Fontenot, Kerry A. Galvin, Morris Gelb, Paul S. Halata, Charles L. Hall, John A. Hollinshead, Danny W. Huff, David Lesar, David J.P. Meachin, Daniel Murphy, W. Norman Phillips, Jr., Dan F. Smith and William R. Spivey (the "**Lyondell D&O Defendants**") respectfully move before the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference of the above-captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying Memorandum of Law and exhibits thereto, which are hereby incorporated by reference.

**PLEASE TAKE FURTHER NOTICE** that the Lyondell D&O Defendants have made no prior request to this Court or to any other court for the relief requested by this Motion.

**WHEREFORE**, the Defendants respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
November 15, 2011

| | |
|---|---|
| **PORTER HEDGES LLP** | **DEBEVOISE & PLIMPTON LLP** |
| By: /s/ John F. Higgins | By: /s/ Lorna G. Schofield |
| John F. Higgins | Lorna G. Schofield |
| Thomas A. Woolley, III | Erich O. Grosz |
| Whitney V. Ables | Tricia B. Sherno |
| 1000 Main, 36th Floor | 919 Third Avenue |
| Houston, TX 77002 | New York, NY 10022 |
| Telephone: 713-226-6000 | Telephone: 212-909-6000 |
| Facsimile: 713-226-6248 | Facsimile: 212-909-6836 |
| *Counsel to Defendants Carol A. Anderson, James Bayer, Kevin R. Cadenhead, Susan Carter, T. Kevin DeNicola, Travis Engen, Rick Fontenot, Kerry A. Galvin, Morris Gelb, Paul S. Halata, Charles L. Hall, John A. Hollinshead, Danny W. Huff, David Lesar, David J.P. Meachin, Daniel Murphy, W. Norman Phillips, Jr., Dan F. Smith, William R. Spivey* | *Counsel to Defendant Stephen I. Chazen* |

**COVINGTON & BURLING LLP**

By: /s/ Dianne F. Coffino
Dianne F. Coffino
Andrew A. Ruffino
Andrea J. Gildea
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
Facsimile: 212-841-1010

*Counsel to Defendants*
*C. Bart de Jong and Edward Dineen*